IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. LIGETTI and SCOTT MALLEY, on behalf of the TRUSTEES OF THE IRON WORKERS WELFARE PLAN OF WESTERN PENNSYLVANIA, IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN AND THE IRON WORKERS OF WESTERN PENNSYLVANIA PROFIT SHARING PLAN, and as agents for THE IRONWORKER EMPLOYERS ASSOCIATION OF WESTERN PENNSYLVANIA, INC., THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO<br><br>Plaintiffs,<br><br>vs.<br><br>MIDILI STEEL ERECTORS, INC. a/k/a MIDILI STEEL ERECTORS,<br><br>Defendant. | Civil Action No. 07-407 |

## ORDER OF COURT

AND NOW, this 2d day of April, 2007 after consideration of Plaintiffs' Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, Midil Steel Erectors, Inc. a/k/a Midili Steel Erectors.

*[signature]*
United States District Judge

LIT:416495-1