IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM C. LIGETTI and SCOTT MALLEY, on )
behalf of the TRUSTEES OF THE IRON )
WORKERS WELFARE PLAN OF WESTERN )
PENNSYLVANIA, IRON WORKERS OF )
WESTERN PENNSYLVANIA PENSION PLAN )
AND THE IRON WORKERS OF WESTERN )
PENNSYLVANIA PROFIT SHARING PLAN, and )
as agents for THE IRONWORKER EMPLOYERS )
ASSOCIATION OF WESTERN PENNSYLVANIA, )
INC., THE INTERNATIONAL ASSOCIATION OF )
BRIDGE, STRUCTURAL AND ORNAMENTAL )
IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO )
)
         Plaintiffs, )
)
vs. )   Civil Action No. 07-407
)
MIDILI STEEL ERECTORS, INC. a/k/a MIDILI )
STEEL ERECTORS, )
)
         Defendant. )

**ORDER OF COURT**

AND NOW, this _2d_ day of _April_, 2007 after consideration of Plaintiffs' Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, Midil Steel Erectors, Inc. a/k/a Midili Steel Erectors.

_Loretta F. Ambrose_
United States District Judge

LIT:416495-1